UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

-vs-

ANTOINE NOBLE,

    Defendant.

Case No: 19-cr-20525

Hon. Robert H. Cleland

_____

### ORDER GRANTING DEFENDANT'S EX-PARTE MOTION TO APPROVE PAYMENT OF PSYCHOLOGICAL SERVICES UNDER THE CRIMINAL JUSTICE ACT

This matter having come before the Court upon Defendant's Ex-Parte Motion To Approve Payment of Psychological Services Under the Criminal Justice Act; and the Court being duly advised in the premises;

**IT IS HEREBY ORDERED** that the Defendant's Ex-Parte Motion to Approve Payment of Psychological Services Under the Criminal Justice Act is **GRANTED**.

**IT IS FURTHER ORDERED** that Atara Abramsky, licensed clinical psychologist, will conduct the psychological evaluation of Defendant and submit an evaluation, authorizing up to $2,800.00 for the evaluation and report.

**SO ORDERED**.


Dated: February 9, 2022          */s/Robert H. Cleland*
                                 Hon. ROBERT H. CLELAND
                                 United States District Judge